# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MALLORY, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-02835-CV (JCx)<br><br>ORDER |

On May 8, 2025, the parties filed a Joint Stipulation of Dismissal (the "Stipulation"). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS the entire action, including all claims and counterclaims stated herein against all parties, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: 5/14/25

By: *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

-1-